# JON HUSTED
Ohio Secretary of State

Fri Sep 14 2018

| | |
|---|---|
| **Entity#:** | 210991 |
| **Filing Type:** | CORPORATION FOR PROFIT |
| **Original Filing Date:** | 12/22/1948 |
| **Location:** | CINCINNATI |
| **Business Name:** | THE HOME CITY ICE COMPANY |
| | |
| **Status:** | Active |
| **Exp. Date:** | - |

## Agent/Registrant Information

THOMAS E. SEDLER
5709 HARRISON AVE
CINCINNATI OH 45248
05/03/1993
Active

## Incorporator Information

LORETTA K SEDLER
JOSEPH H HEAD
NELSON SCHWAB JR

## Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| DOMESTIC ARTICLES/FOR PROFIT | 12/22/1948 | V656_0283 |
| DOMESTIC/AMENDMENT TO ARTICLES | 12/06/1978 | E518_0007 |
| MISCELLANEOUS FILING | 02/12/1980 | E713_1403 |
| MISCELLANEOUS FILING | 02/12/1980 | E713_1407 |
| MISCELLANEOUS FILING | 10/04/1984 | F538_0763 |

DEFENDANT'S EXHIBIT B



**JON HUSTED**
Ohio Secretary of State

Fri Sep 14 2018

| | | |
|---|---|---|
| TRADE NAME RENEWAL | 07/29/1985 | F711_1471 |
| TRADE NAME RENEWAL | 07/29/1985 | F711_1475 |
| TRADE NAME RENEWAL | 08/08/1989 | G694_0699 |
| TRADE NAME/BUSINESS ADDRESS CHANGE | 08/08/1989 | G694_0699 |
| TRADE NAME/ASSIGNMENT | 02/21/1990 | G813_1353 |
| TRADE NAME/BUSINESS ADDRESS CHANGE | 02/21/1990 | G813_1353 |
| TRADE NAME RENEWAL | 06/01/1990 | G875_0814 |
| MISCELLANEOUS FILING | 03/01/1991 | H073_1934 |
| DOMESTIC AGENT SUBSEQUENT APPOINTMENT | 05/03/1993 | H588_1784 |
| DOMESTIC CONTINUED EXISTENCE LETTER | 09/09/1993 | 000000324255 |
| DOMESTIC CONTINUED EXISTENCE | 10/18/1993 | 000000324256 |
| TRADE NAME RENEWAL | 01/09/1996 | 5402_1521 |
| TRADE NAME RENEWAL | 01/09/1996 | 5402_1521 |
| TRADE NAME/ORIGINAL FILING | 04/30/2001 | 200112100386 |
| DOMESTIC/AMENDED RESTATED ARTICLES | 12/24/2003 | 200335801430 |
| TRADE NAME/ORIGINAL FILING | 05/27/2004 | 200415403248 |
| SERVICE MARK/ASSIGNMENT | 08/19/2010 | 201023500879 |
| TRADE NAME RENEWAL | 02/03/2014 | 201403400798 |
| TRADE NAME RENEWAL | 01/11/2016 | 201601103478 |