| 1 APM SURGICAL GROUP LTD | 2 APM SURGICAL GROUP LTD | 3a PAT CNTL NICJA000 | | 4 TYPE OF BILL |
|---|---|---|---|---|
| 26706 NETWORK PLACE | 2937 W 63RD ST | b. MED REC | | 0831 |
| CHICAGO IL 606731267 | CHICAGO IL 60629 | 5 FED TAX NO. | 6 STATEMENT COVERS PERIOD FROM THROUGH | 7 |
| 847 7204310 | | 461316979 | 052417  052417 | |

| 8 PATIENT NAME | | 9 PATIENT ADDRESS a 8211 S EBERHART | | | |
|---|---|---|---|---|---|
| a | | | | | |
| b NICHOLS, JAVIENE | b CHICAGO | | | c IL | d 60619 |

| 10 BIRTHDATE | 11 SEX | 12 DATE | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 19 20 21 CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12141967 | F | 052417 | | 3 | 1 | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| 01 081316 | | | | | | |

| 38 | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|
| CLAIMS MANAGEMENT INC | a | | |
| PO BOX 14731 | b | | |
| LEXINGTON  KY | c | | |
| 40512-4731 | d | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0320 | RADIOLOGY - GEN CLAS | 77003SGTC | 052417 | 1 | 1500:00 | | |
| 0360 | OPERATING ROOM SERV | 62290SG | 052417 | 1 | 3770:00 | | |
| 0360 | OPERATING ROOM SERV | 72295SGTC | 052417 | 1 | 1212:65 | | |
| 0360 | OPERATING ROOM SERV | 63056SG | 052417 | 1 | 32075:50 | | |
| 0360 | OPERATING ROOM SERV | 22526SG | 052417 | 1 | 18924:50 | | |
| 0762 | TREAT/OBSERV ROOM | 99218SG | 052417 | 1 | 895:00 | | |

| 0001 | PAGE 1 OF 1 | | CREATION DATE 062917 | TOTALS → | 58377.65 | 0:00 |
|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 NPI 1184967614 |
|---|---|---|---|---|---|---|
| CLAIMS MANAGEMENT INC | | Y | Y | | 58377.65 | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| NICHOLS, JAVIENE | 18 | 7851951 | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX | 67 | A | B | C | D | E | F | G | H | | 68 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | I | J | K | L | M | N | O | P | Q | | |

| 69 ADMIT DX | 70 PATIENT REASON DX a | b | c | 71 PPS CODE | 72 ECI a | b | c | 73 |
|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1538248729 | QUAL |
|---|---|---|---|---|---|
| | | | | LAST Michael | FIRST Ronald |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI | QUAL |
| | | | | LAST | FIRST |
| 80 REMARKS | 81CC a | | | 78 OTHER NPI | QUAL |
| | b | | | LAST | FIRST |
| | c | | | 79 OTHER NPI | QUAL |
| | d | | | LAST | FIRST |

DEFENDANT'S EXHIBIT
Group C

07/11/2017

| 1 APM SURGICAL GROUP LTD<br>26706 NETWORK PLACE<br>CHICAGO IL 606731267<br>847 7204310 | 2 APM SURGICAL GROUP LTD<br>2937 W 63RD ST<br>CHICAGO IL 60629 | 3a PAT CNTL # NICJA000<br>b MED REC # | 4 TYPE OF BILL 0831 |
| --- | --- | --- | --- |
| | | 5 FED TAX NO. 461316979 | 6 STATEMENT COVERS PERIOD<br>FROM 060717 THROUGH 060717 | 7 |

| 8 PATIENT NAME<br>a<br>b NICHOLS, JAVIENE | 9 PATIENT ADDRESS<br>a 8211 S. EBERHART<br>b CHICAGO | c IL | d 60619 | e |
| --- | --- | --- | --- | --- |

| 10 BIRTHDATE | 11 SEX | 12 DATE | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | 22 | 23 | 24 CONDITION CODES | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12141967 | F | 060717 | | 3 | 1 | | | | | | | | | | | | | | | |

| 31 OCCURRENCE<br>CODE / DATE | 32 OCCURRENCE<br>CODE / DATE | 33 OCCURRENCE<br>CODE / DATE | 34 OCCURRENCE<br>CODE / DATE | 35 OCCURRENCE SPAN<br>CODE FROM THROUGH | 36 OCCURRENCE SPAN<br>CODE FROM THROUGH | 37 |
| --- | --- | --- | --- | --- | --- | --- |
| 01 081316 | | | | | | |

| 38<br>CLAIMS MANAGEMENT INC<br>PO BOX 14731<br>LEXINGTON KY<br>40512-4731 | 39 VALUE CODES<br>CODE AMOUNT | 40 VALUE CODES<br>CODE AMOUNT | 41 VALUE CODES<br>CODE AMOUNT |
| --- | --- | --- | --- |
| | a | | |
| | b | | |
| | c | | |
| | d | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 0320 | RADIOLOGY - GEN CLAS | 77003SGTC | 060717 | 1 | 1500:00 | | |
| 0360 | OPERATING ROOM SERV | 62290SG | 060717 | 1 | 3770:00 | | |
| 0360 | OPERATING ROOM SERV | 72295SGTC | 060717 | 1 | 1212:65 | | |
| 0360 | OPERATING ROOM SERV | 22899SG | 060717 | 1 | 28700:56 | | |
| 0762 | TREAT/OBSERV ROOM | 99218SG | 060717 | 1 | 895:00 | | |
| | | | | | | | |
| 0001 | PAGE 1 OF 1 | | CREATION DATE 062917 | TOTALS | 36078.21 | 0:00 | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 NPI 1184967614 |
| --- | --- | --- | --- | --- | --- | --- |
| CLAIMS MANAGEMENT INC | | Y | Y | | 36078.21 | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
| --- | --- | --- | --- | --- |
| NICHOLS, JAVIENE | 18 | 7851951 | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
| --- | --- | --- |

| 66 DX | 67 | A | B | C | D | E | F | G | H | 68 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | I | J | K | L | M | N | O | P | Q | |

| 69 ADMIT DX | 70 PATIENT REASON DX a b c | 71 PPS CODE | 72 ECI a b c | 73 |
| --- | --- | --- | --- | --- |

| 74 PRINCIPAL PROCEDURE<br>CODE DATE | a. OTHER PROCEDURE<br>CODE DATE | b. OTHER PROCEDURE<br>CODE DATE | 75 | 76 ATTENDING NPI 1538248729 QUAL<br>LAST Michael FIRST Ronald |
| --- | --- | --- | --- | --- |
| c. OTHER PROCEDURE<br>CODE DATE | d. OTHER PROCEDURE<br>CODE DATE | e. OTHER PROCEDURE<br>CODE DATE | | 77 OPERATING NPI QUAL<br>LAST FIRST |
| 80 REMARKS | | 81CC a b c d | | 78 OTHER NPI QUAL<br>LAST FIRST |
| | | | | 79 OTHER NPI QUAL<br>LAST FIRST |

07/11/2017