Return Date: 8/30/2018

FILED
8/1/2018 3:05 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
20185005964

FILED DATE: 8/1/2018 3:05 PM 20185005964

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIFTH DISTRICT

| | |
|---|---|
| JAVIENE NICHOLS, | ) |
| Plaintiff, | ) ) ) |
| v. | No. 20185005964 |
| | ) ) |
| WALMART, INC., d/b/a SAM'S CLUB and THE HOME CITY ICE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

### COMPLAINT

NOW COMES the Plaintiff, JAVIENE NICHOLS, by and through her attorneys, THE LAW OFFICES OF McCREADY, GARCIA & LEET, P.C., and in her complaint against the Defendants, WALMART, INC., d/b/a SAM'S CLUB and THE HOME CITY ICE COMPANY, states as follows:

1. On or about August 13, 2016, JAVIENE NICHOLS ("Plaintiff") was lawfully on the premises of Defendant WALMART, INC., d/b/a SAM'S CLUB ("Sam's Club") located at 9400 S Western Avenue in Evergreen Park, Illinois.

2. At said time and place, Plaintiff was walking near an ice freezer machine.

3. Defendant THE HOME CITY ICE COMPANY ("Home City") is a distributor of ice freezer machines which sells and/or rents freezer machines to various retail shopping store entities including Sam's Club.

4. Sam's Club and Home City are responsible for maintaining the ice freezer machines within the Sam's Club premises.

5. At said time and location, Plaintiff slipped and fell on water that came from an ice freezer machine.

### COUNT I – Negligence - Sam's Club

6. At all times pertinent, it was the duty of Sam's Club to maintain the ice freezer machine to prevent it from spilling water on the floor.

7. At all times pertinent, it was the duty of Sam's Club to remove water that spilled on the floor.

8. Such water was present for a long enough period of time that the Defendant knew, or in the exercise of reasonable care, should have known of its existence.

EXHIBIT E

FILED DATE: 8/1/2018 3:05 PM   2018S005964

9. At all times pertinent, the Defendant, through its agents and/or employees, owed a duty of reasonable care to the Plaintiff

10. Notwithstanding this duty, at the time and location aforesaid, Sam's Club breached this duty in one or more of the following ways:

    a. Failed to maintain the ice freezer machine which leaked causing an unsafe condition to be present on the store floor;
    b. Failed to inspect the subject premises to ensure the floor was free from defect;
    c. Failed to maintain the premises in a reasonably safe condition by maintaining and ensuring a dry floor;
    d. Failed to warn customers, including Plaintiff, of a wet floor;
    e. Allowed and permitted the subject premises to become and remain in a dangerous condition;
    f. Was otherwise careless and negligent.

11. As a result of the defendant's breach of duty, Plaintiff suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, JAVIENE NICHOLS, prays for judgment against Defendant, WALMART, INC., d/b/a SAM'S CLUB, and for:

A. Compensatory damages, in an amount in excess of $30,000.00, as she may prove at trial;
B. Her litigation costs;
C. Any other relief this Court deems just and equitable.

### COUNT II – Negligence - Home City

12. At all times pertinent, it was the duty of Home City to maintain the ice freezer machine in a reasonably safe condition.

13. At all times pertinent, the Defendant, through its agents and/or employees, owed a duty of reasonable care to the Plaintiff.

14. Notwithstanding this duty, at the time and location aforesaid, Home City breached this duty in one or more of the following ways:

    a. Failed to maintain the ice freezer machine which leaked causing an unsafe condition to be present on the store floor;
    b. Failed to inspect the ice freezer machine to ensure is was in proper working order;
    c. Failed to instruct users of the ice freezer machine of the proper use of the machine so as not to cause an unsafe condition to be present on the subject premise floor;
    d. Failed to remove or replace said ice freezer machine knowing or through reasonable inspection should have known that it was defective;

FILED DATE: 8/1/2018 3:05 PM  20185005964

      e.      Was otherwise careless and negligent.

15.    As a result of the defendant's breach of duty, Plaintiff suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, JAVIENE NICHOLS, prays for judgment against Defendant, THE HOME CITY ICE COMPANY, and for:

A. Compensatory damages, in an amount in excess of $30,000.00, as she may prove at trial;
B. Her litigation costs;
C. Any other relief this Court deems just and equitable

JAVIENE NICHOLS

*Michael P. McCready*

_____

McCready, Garcia & Leet, P.C.
Atty No. 34010
10008 S. Western Ave.
Chicago, IL 60643
(773) 779-9885
Info@McCreadyLaw.com