## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Javiene Nichols

                                   Plaintiff,

v.                                                           Case No.: 1:18−cv−06295
                                                                 Honorable Virginia M. Kendall

Home City Ice Company, The, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendant's Motion to Remand Case to State Court [51] is granted based on lack of diversity. The Clerk is directed to remand case to the Circuit Court of Cook County, Illinois, Municipal Department, Fifth District forthwith. Motion hearing set for 5/1/2019 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.